UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RODNEY A. RENEHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:19-cv-04643-JRS-TAB |
| | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| LORI ASHER Supervisor; Former Trainee | ) |
| Employer 2004, | ) |
| MARY WRIGHT Individual capacity, | ) |
| | ) |
| Defendants. | ) |

**Entry Adopting Magistrate Judge's Recommendation**

On October 19, 2020, Magistrate Judge Tim A. Baker issued an Entry recommending that this action be dismissed. The basis for that recommendation is as follows:

Plaintiff filed this action on November 21, 2019, but there has been no proof of service on Defendants. Judge Baker issued an order to show cause on August 31, 2020, directing Plaintiff to "show cause why this case should not be dismissed without prejudice and this matter closed due to an apparent lack of service." (ECF No. 13.) Plaintiff filed a document docketed as a "Response to Order to Show Cause," (ECF No. 14), but the Magistrate Judge found that it was not a response to the show cause order, (ECF No. 15). Therefore, he issued a second order to show cause and gave Plaintiff until October 2, 2020, to show cause why this case should not be dismissed without prejudice and this matter closed due to an apparent lack of service. (*Id*.) Plaintiff responded on September 28, 2020, by filing a "Notice of Appearance" and a

"Notice of Filing Complaint," (ECF Nos. 16 & 17), but neither document was responsive to the show cause orders. Therefore, Judge Baker recommended that "this matter be dismissed without prejudice based on Plaintiff's failure to respond in any meaningful way to two successive show cause orders requiring a showing that Plaintiff had effected service on Defendants." (ECF No. 18.)

The time for filing an objection to the Magistrate Judge's report and recommendation has passed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2). Having reviewed the record, the Court now **accepts** the Magistrate Judge's recommended disposition, (ECF No. 18), and finds that this matter should be dismissed without prejudice based on Plaintiff's failure to respond in any meaningful way to the two successive show cause orders requiring him to show that he had effected service on Defendants. An appropriate order of dismissal will be issued.

**SO ORDERED.**

Date: 11/12/2020

*[signature: James R. Sweeney]*

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

RODNEY A. RENEHAN
RAK Developments Incorporated Enterprises LLC
309 West Washington Street
SR 163
Clinton, IN 47842-7353

2